B. ALTMAN & Co. *v.* UNITED STATES

**No. 6520.**—Invoice dated London, England, February 8, 1946.
Certified February 1946.
Entered at New York, N. Y., March 15, 1946.
Entry No. 744289.

(Decided November 15, 1946)

*Marlow & Hines* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

TILSON, Judge: In the appeal listed above counsel for the respective parties have agreed that the issues herein are similar in all material respects to the issues involved in *United States* v. *Pitcairn,* C. A. D. 334, and the record therein has been admitted in evidence herein.

Upon the agreed facts and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by said appeal to be the values found by the appraiser, less any additions made by the importer on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

R. H. MACY & Co., INC. *v.* UNITED STATES

**No. 6521.**—Invoice dated London, England, February 1945.
Certified February 1945.
Entered at New York, N. Y., March 21, 1945.
Entry No. 725124/2.

(Decided November 15, 1946)

*John R. Rafter* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

TILSON, Judge: Counsel for the respective parties have submitted this appeal for decision upon a stipulation to the effect that the issue herein and the issue involved in *United States* v. *Pitcairn,* C. A. D. 334, are similar in all material respects, and the record in that case has been admitted in evidence herein.

Accepting this stiuplation as a statement of fact, and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by this appeal to be the values found by the appraiser, less any amounts added by the importer on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.